UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY DEROME PETTIES, ESQ., <br><br> Plaintiff, <br><br> -against- <br><br> KISHA SMALLS, Warden; D. RIVIEZZO, Judge, <br><br> Defendants. | 20-CV-4976 (CM) <br><br> ORDER |

COLLEEN McMAHON, Chief United States District Judge:

On June 5, 2020, Plaintiff filed a *pro se* complaint under 42 U.S.C. § 1983, alleging that defendants violated his federal constitutional rights. The Clerk of Court opened that complaint under civil case number 20-CV-4350 (UA).

On June 25, 2020, the Court received a submission from Plaintiff that included a copy of the original complaint with additional supporting documents, and a cover letter indicating that he is submitting the documents in support of the claims in his original filing. But the Clerk of Court opened Plaintiff's letter as a new civil action under this docket number, 20-CV-4976 (CM).

Because Plaintiff makes it clear that he submitted the documents that were opened as a new action as a supplement to his complaint under case number 20-CV-4350 (UA), this duplicate action was opened in error. The Clerk of Court is therefore directed to administratively close this action.

The Clerk of Court is further directed to mail a copy of this order to Plaintiff and note service on the docket.

This order closes the case under this docket number, 20-CV-4976 (CM).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 9, 2020
         New York, New York

                                        COLLEEN McMAHON
                                   Chief United States District Judge